IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: LETICIA RESENDIZ f/k/a LETICIA RESENDIZ-DE ZEMORA, Debtor | : | CHAPTER 13 |
| LETICIA RESENDIZ f/k/a LETICIA RESENDIZ-DE ZEMORA, Movant | : | |
| vs. | : | |
| | : | CASE NO. 1:22-bk-00312-HWV |
| JACK N. ZAHAROPOULOS, STANDING CHAPTER 13 TRUSTEE; Respondents | : | TRUSTEE'S OBJECTION TO MOTION TO SELL PROPERTY |

<u>ORDER</u>

Upon consideration of the Trustee's Objection to Debtors' Motion to Sell Property of the Estate,

IT IS HEREBY ORDERED that the sale of the property is approved, however, all proceeds must go to the Trustee to be distributed to all unsecured creditors, with remaining balance to be paid to debtor to the extent the exemptions claimed allow for it.