IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: LETICIA RESENDIZ | CHAPTER 13 |
| DEBTOR | CASE NO.: 1:22-bk-00312-HWV |

**ORDER**

UPON CONSIDERATION of the Debtors Motion to Sell Property of the Estate ("Motion"), which was filed on October 4, 2022, a copy of Debtor's Motion, Notice of Intent to Sell Property of the Estate, and this proposed order were served upon Debtor, all Creditors scheduled in Debtors bankruptcy, the Chapter 13 Trustee, the United States Trustee, and any parties of interest.

All liens against the subject property shall be paid in full. The Money Source will be paid in full subject to a proper payoff quote at the time of closing or that any sale short of full payoff will be subject to The Money Source final approval.

Closing is required within 30 days of the payoff quote date or a new payoff is required within 30 days of closing.

The Chapter 13 Trustee filed an objection to the Debtor's Motion The parties thereafter agreed the Debtor is entitled to $9,306.50 in exempt proceeds from the sale, and all remaining proceeds be paid to the Trustee to be distributed to all unsecured creditors up to the amount necessary to pay the unsecured creditors in full.

The Court finds that the Debtor's Motion is GRANTED. The Debtors are authorized to sell property of the estate under the terms stated in this Order.

**IT IS SO ORDERED.**

_____