UNITED STATES BANRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Leticia Resendiz
fka Leticia Resendiz-De Zemora

Debtor(s).

Case No. 1:22-bk-00312-HWV

Chapter 13

NOTICE OF SATISFACTION OF PROOF OF CLAIM #4-1

TO: DEBTOR(S), ATTORNEY FOR DEBTOR(S), CHAPTER 13 TRUSTEE, and all interested parties:

NOTICE IS HEREBY GIVEN that **The Money Source Inc.** ("Creditor"), considers the Proof of Claim filed on **April 22, 2022** and assigned claim number **4-1,** satisfied as of the date of this Notice. The loan has been paid in full and any future disbursements on claim number 4-1 should cease at this time. Any monies received after the date of this Notice will be returned to the sender.

Dated: December 16, 2022

Respectfully submitted,
Bonial & Associates, P.C.

/s/ Mukta Suri

Mukta Suri
14841 Dallas Parkway
Suite 425
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
Email: POCInquiries@BonialPC.com
Authorized Agent for The Money Source Inc.

2225-N-5248

# CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before December 16, 2022 via electronic notice unless otherwise stated:

**Debtor**       *Via U.S. Mail*
Leticia Resendiz
36 Brookside Avenue
Hanover, PA 17331

**Debtors' Attorney**
Nicholas G. Platt
Mooney Law
230 York Street
Hanover, PA  17331

**Chapter 13 Trustee**
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, Pennsylvania 17036

    /s/ Mukta Suri
    Mukta Suri