| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Leticia Resendiz fka Leticia Resendiz-De Zemora |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Middle District of Pennsylvania (State) |
| Case number | 1:22-bk-00312-HWV |

Form 4100R

# Response to Notice of Final Cure Payment                    10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information                    Statement / Response Date: 12/21/2022

**Name of creditor:** The Money Source Inc.              **Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 4693

**Property address:** 36 Brookside Ave
Number    Street

Hanover, Pennsylvania 17331
City                State    ZIP Code

## Part 2: Prepetition Default Payments

*Check One*:

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:

## Part 3: Postpetition Mortgage Payment

*Check one*

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    N/A*
                                                              MM / DD / YYYY

**\*Please be advised: This loan was paid in full on 11/29/2022.**

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| Debtor 1 | Leticia Resendiz fka Leticia Resendiz-De Zemora | Case number (if known) | 1:22-bk-00312-HWV |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

a. Total postpetition ongoing payments due: (a) _____

b. Total fees, charges, expenses, escrow, and costs outstanding: + (b) _____

c. **Total**. Add lines a and b. (c) _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: MM / DD / YYYY

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box:*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Mukta Suri          Date  12/22/2022
  Signature

Print: Mukta Suri
       First Name   Middle Name   Last Name
Title: Authorized Agent for The Money Source Inc.

Company: Bonial & Associates, P.C.

**If different from the notice address listed on the proof of claim to which this response applies:**

Address: P.O. Box 9013
         Number   Street
         Addison, Texas 75001
         City        State      ZIP Code

Contact phone: (972) 643-6600     Email: POCInquiries@BonialPC.com

---

Form 4100R          **Response to Notice of Final Cure Payment**          page 2

## CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before _December 22, 2022 via electronic notice unless otherwise stated.

**Debtor**            *Via U.S. Mail*
Leticia Resendiz
36 Brookside Avenue
Hanover, PA 17331


**Debtors' Attorney**
Nicholas G. Platt
Mooney Law
230 York Street
Hanover, PA 17331

**Chapter 13 Trustee**
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036


**U.S. Trustee**
Office of the United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

 

                                                                        Respectfully Submitted,

                                                                        /s/  Mukta Suri