# United States Bankruptcy Court
## Middle District of Pennsylvania

In re  **Leticia Resendiz**

Debtor(s)

Case No.  **1:22-bk-00312**

Chapter  **13**

## Notice of Change of Address

Debtor's Social Security Number:    **xxx-xx-7523**

**My (Our) Former Mailing Address and Telephone Number was:**

Name:    **Leticia Resendiz**

Street:    **36 Brookside Avenue**

City, State and Zip:    **Hanover, PA 17331**

Telephone #:

**Please be advised that effective  January 3        , 2023     ,
my (our) new mailing address and telephone number is:**

Name:    **Leticia Resendiz**

Street:    389 E. Turnberry Ct.

City, State and Zip:    West Chester, PA  19382

Telephone #:    **(717) 698-4070**

/s/ Leticia Resendiz

**Leticia Resendiz**

Debtor